# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**

     v.

**Candido Rene Rodriguez**

No. **CR 13-01532-001-PHX-CKJ(JR)**

USM#: 15638-196

**JUDGMENT AND COMMITMENT
REVOCATION OF SUPERVISED RELEASE**

Laura E. Udall, CJA Appointed
Attorney for Defendant

On 4/7/2014 the defendant, present with counsel, appeared for sentencing for violating, Title 18, U.S.C. §751(a) and 4082(a), Escape, a Class D Felony offense, as charged in the Indictment .

> The defendant was sentenced to a term of **TWELVE (12) MONTHS AND ONE (1) DAY** imprisonment  and upon release, **THIRTY SIX (36) MONTHS** of supervised release to follow.

On 5/19/2015 the United States Probation Office filed a petition to revoke the term of supervised release.

On 11/5/2015 the defendant appeared with counsel and admitted allegation  A-1 as reflected in the petition to revoke filed in this matter.  The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 4/7/2014 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **TWENTY ONE (21) MONTHS** with **NO** supervised release to follow. Disposition imposed shall run concurrent to the sentence imposed in **CR-12-01343-TUC-CKJ(JR)** and consecutive to the sentence imposed in Pima County Superior Court case CR20150352.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**IT IS FURTHER ORDERED**  that all remaining allegations are dismissed.

The Court orders commitment to the custody of the Bureau of Prisons and recommends  that the defendant be placed in an institution in Black Canyon, Phoenix, Arizona..

The defendant previously waived the right to appeal.

December 8, 2015
Date of Imposition of Sentence

DATED this 8th day of December, 2015.

_____
Cindy K. Jorgenson
United States District Judge

CR 13-01532-001-PHX-CKJ(JR) - Rodriguez